UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAPHY BENAIM, et al.,

                        Plaintiffs,                    **ORDER**
                                                           CV 05-2211 (DRH) (ARL)

       -against-

DENISE M. SHEEHAN, Acting Commissioner,
New York State Department of Environmental
Conservation,
                        Defendant.
------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

Before the court is a letter dated October 24, 2005 from plaintiff's counsel, Marvin E. Kramer, advising that his firm has been relieved by the plaintiffs as their legal representative in this action.

Local Civil Rule 1.4 provides that:

> An attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the court and may not withdraw from a case without leave of the court granted by order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case including its position, if any, on the calendar.

As no motion to be relieved as counsel for the plaintiffs has been made or granted, Mr. Kramer remains counsel of record. To the extent that the plaintiffs have retained new counsel as suggested by Mr. Kramer, upon submission of a stipulation of substitution of counsel for plaintiff, Mr. Kramer will be relieved of his representation obligations in this case. The initial conference scheduled for November 30, 2005 will proceed as scheduled and Mr. Kramer shall appear unless he has been relieved pursuant to Rule 1.4 or new counsel has been substituted for

plaintiffs. In addition, Mr. Kramer is directed to serve a copy of this order on the plaintiffs and to file proof of such service with the court.

Dated: Central Islip, New York
       October 26, 2005

**SO ORDERED:**

_____/s/_____
ARLENE R. LINDSAY
United States Magistrate Judge